**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

IN RE:  Tina Robinson Smith                                      CASE NO.: 13-80566

**SECOND MODIFIED CHAPTER 13 PLAN**
**ALL CHANGE TO PREVIOUS PLAN ARE UNDERLINED**

**I.**    Debtor proposes to pay by payroll deduction into the Chapter 13 Plan total payments of $6,666.66 in the first twenty-four (24) months, then monthly payments of $325 (beginning June, 2015) for two (2) months, then monthly payments of $1,100 (beginning August, 2015) for thirty-four (34) months, for a total of sixty (60) months.

**II.**    Claims to be paid directly by debtor.              **Estimated Balance Due**          **Monthly Payment**
**Capital One, NA**                                            $57,788.78                         $447.51*
**collateral - House and lot located at**
**311 Keller St., Bunkie, LA**
**\*Debtor's mortgage payments will be paid through the Chapter 13 Plan effective June, 2015.**

**III.**    Claims to be paid by Trustee.

   **A. ATTORNEY AND ADMINISTRATIVE FEES.**  Thomas C. McBride, LLC shall receive attorney and administrative fees of $2,800, plus $750 for this modification and the defense of the Motion to Lift Stay filed by Capital One.  The Trustee shall receive fees of approximately 10% of plan payments.

   **B. SECURED CLAIMS.**  Secured claims listed below will be paid as indicated below and prior to claims of lower priority indicated below.

   **1.  Real Property:**

      Capital One, NA:  collateral - House & lot located at 311 Keller Street, Bunkie, LA; estimated secured claim of $57,788.78 to be paid ongoing monthly payments of $447.51 effective June, 2015, for the remaining thirty-six (36) months of the plan. Capital One shall also be paid pre-petition arrearage of $14,445.18 and post-petition arrearage, fees and costs of $6,212.65.  Upon completion of this plan, debtor will resume payments directly to Capital One with the next payment being due June 10, 2018.

   **C. PRIORITY OR SPECIAL CLASS CLAIMS.**  After secured claims, the priority claims listed below will be paid prior to all claims of lower priority indicated below:  **NONE**

   **D. GENERAL UNSECURED CLAIMS.** Unless listed above, all other claims: listed on Schedule F as unsecured; (2) listed on Schedules D and E as undersecured; or (3) any general unsecured claim filed before the bar date to which no objection is filed, will be treated as General Unsecured Claims and will receive a minimum of 0% of the claims.

   Respectfully submitted this 4ᵗʰ day of June, 2015.

**McBride Law Firm**


   /s/Thomas C. McBride
By: Thomas C. McBride, Member (#09210)
     Kathryn A. Wiley (#33672)
     Thomas C. McBride, LLC
     McBride Law Firm
     301 Jackson Street, Suite 101
     Alexandria, LA 71301
     Telephone (318) 445-8800
     Facsimile (318) 445-8066